UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
YOURS2U, LTD.,                      :   16cv3620 (DLC)
                                    :
                   Plaintiff,       :   ORDER
                                    :
         -v-                        :
                                    :
BLUE PHOENIX MEDIA, INC.,           :
                                    :
                   Defendant.       :
                                    :
------------------------------------X

DENISE COTE, District Judge:

Having received the transfer of this case, and noting that it was stayed pending arbitration by an Order of June 6, 2017, it is hereby

ORDERED that the parties shall submit a status letter by **March 13, 2020.**

Dated:   New York, New York
         February 28, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge